HOLLAND, Respondent, v. GRAGNANO, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Frank Holland against Gennaro Gragnano.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the

event, on the ground of error in refusals to charge as requested by defendant at folios 154, 155, and 156 of the record, and because of insufficient proof of the damages awarded by the jury.